UNITED STATES of America,
Plaintiff—Appellee,

v.

Kevin Lamont WALKER, Defendant—
Appellant.

No. 11–6973.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 18, 2011.

Kevin Lamont Walker, Appellant Pro Se. Howard Jacob Zlotnick, Assistant

United States Attorney, Newport News, Virginia, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lamont Walker appeals the district court's order denying his motion to reconsider the denial of his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*